UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERONIMO VELASCO,<br><br>            Plaintiff,<br><br>    v.<br><br>PENTAGON TECHNOLOGIES GROUP, INC.,<br><br>            Defendant. | Case No. 25-cv-00680-SK<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

It appears that this case is potentially related to 24-cv-05307, *Velasco v. Pentagon Technologies Group, Inc.*, with the Hon. Vince Chhabria presiding. Because 24-cv-05307 is the lowest-numbered case, the Court therefore REFERS this case to Judge Chhabria and requests that Judge Chhabria consider whether these cases are related. Civil L.R. 3-12(c).

The Case Management Conference scheduled for April 21, 2025 is hereby VACATED.

**IT IS SO ORDERED**.

Dated: February 6, 2025

_____
SALLIE KIM
United States Magistrate Judge