UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERONIMO VELASCO,<br><br>    Plaintiff,<br><br>    v.<br><br>PENTAGON TECHNOLOGIES GROUP, INC.,<br><br>    Defendant. | Case No. 24-cv-05307-VC (AGT)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. Nos. 89, 90, 91 |

    This order resolves three pending discovery disputes in this case. *See* dkts. 89–91. The Court held a hearing today and, as discussed at the hearing, orders as follows.

    1. Plaintiff Geronimo Velasco's deposition will take place on August 19, 2025, at 10:00 a.m. in person at the San Francisco offices of defense counsel. The deposition will be ongoing until completed but shall not exceed seven hours. *See* Fed. R. Civ. P. 30(d)(1).[1]

    The parties are to meet and confer regarding which other depositions need to be taken. The meet and confer process must conclude by August 14, 2025.

    2. Velasco must respond to defendant Pentagon Technologies Group, Inc.'s (Pentagon) interrogatories and those responses must be verified as required by Rule 33(b)(3).[2] Pentagon must provide Velasco with a neutral, drafted

---

[1] As agreed at the hearing, Pentagon shall re-notice Velasco's deposition for this date.
[2] As discussed at the hearing, verifying answers to interrogatories means that those answers

verification document by August 8, 2025. Velasco must provide his supplemental answers by August 14, 2025.

3. Velasco additionally must provide all documents responsive to Pentagon's unanswered requests for documents, and he must produce unredacted versions of documents previously produced with redactions. There is a protective order in this case, *see* dkt. 47, so Velasco can designate materials as confidential under the protective order if needed.

The parties must work collaboratively to the best of their ability. The failure to cooperate is a waste of court resources and unnecessarily delays the final resolution of this case. Finally, failure to prosecute or to comply with this court order may result in sanctions, up to and including in dismissal of this case. Fed. R. Civ. P. 41(b).

This order dispenses with dkts. 89–91.

**IT IS SO ORDERED.**

Dated: August 7, 2025

Alex G. Tse
United States Magistrate Judge

---

are provided under oath and penalty of perjury.