GERONIMO VELASCO
23480 Nevada Road
Hayward, California 94541
Phone Number: (510) 399-8028
Email Address: monongiko@aol.com

Self-Represented

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| GERONIMO VELASCO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PENTAGON TECHNOLOGIES GROUP, INC.,<br><br>　　　　　Defendant | Case No.: 3:24-cv-05307-VC<br><br>**STATEMENT OF SAFETY CONCERNS AND RECORD PRESERVATION**<br><br><br>Judge:　　　Hon. Vince Chhabria<br>Trial Date:　　December 8, 2025 |

Plaintiff respectfully submits this statement for the public record.

All relevant records, filings, transcripts, and evidence in this case have been provided to appropriate authorities and oversight entities. The full record is secured outside the Court's control.

Given the trajectory of these proceedings and what is at stake, Plaintiff states for the record: if anything happens to him, his family, or if any attempt is made to falsely implicate him in any wrongdoing, this statement shall serve as legal notice and preservation of the facts.

This is submitted to ensure transparency, protection, and legal accountability.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 18th day of August 2025, at Hayward, California.

*/s/ Geronimo Velasco*

Geronimo Velasco

Pro Se Plaintiff