UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| GERONIMO VELASCO,<br><br>      Plaintiff,<br><br>  v.<br><br>PENTAGON TECHNOLOGIES GROUP, INC.,<br><br>      Defendant. | Case No: 24-cv-05307-VC (KAW)<br><br>**[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO POSTPONE MOTION FOR SUMMARY JUDGMENT DEADLINE AND HEARING DATE**<br><br>**[CIVIL L.R. 7-11]**<br><br>Trial Date: December 8, 2025 |

CASE NO: 24-CV-05307-VC (KAW)

[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO POSTPONE MOTION FOR SUMMARY JUDGMENT DEADLINE AND HEARING DATE

FP 56346746.1

Before the Court is Defendant PENTAGON TECHNOLOGIES GROUP, INC.'s ("Defendant's") Administrative Motion to Postpone Motion for Summary Judgment Deadline and Hearing Date.

Having read and considered Defendant's administrative motion, all papers submitted by the parties in support or opposition thereof, and any exhibits attached thereto, and good cause being shown therefore:

**IT IS HEREBY ORDERED** that Defendant's Administrative Motion to Postpone Motion for Summary Judgment Deadline and Hearing Date is GRANTED.

The Motion for Summary Judgment hearing of October 16, 2025 is postponed to  November 13 , 2025 at  10 : 00  A.m.

**IT IS SO ORDERED.**

Dated:   August 27, 2025

HONORABLE VINCE CHHABRIA
United States District Court Judge
For the Northern District of California